Lena Edson, executrix under last will and testament of Ole Edson, deceased, appellant, v. Chicago and Northwestern Railway Company, appellee. Gen. No. 9,174.

Heard in this court at the February term, 1937. Opinion filed September 9, 1937.

Roy F. Hall and Alexander J. Strom, for appellant. William L. Pierce, Nelson J. Wilcox and Nelson Trottman, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

J. C. Proctor Lumber Co., appellant, v. Midwest Investment and Finance Company et al., appellees. Gen. No. 9,213.

Heard in this court at the May term, 1937. Opinion filed September 9, 1937.

Charles A. Wesner, for appellant. William H. Moore, Verle W. Safford and London Middleton, for appellees.

Mr. Justice Wolfe delivered the opinion of the court.

James Marsh, appellee, v. National Lock Company and F. G. Hogland, appellants. Gen. No. 9,173.

Heard in this court at the May term, 1937. Opinion filed September 27, 1937.

William L. Pierce and Hall & Dusher, for appellants. B. Jay Knight and J. E. Goembel, for appellee; Perley T. Lupton, of counsel.

Mr. Presiding Justice Huffman delivered the opinion of the court.

## THIRD DISTRICT.

Arthur L. Fogelman, administrator of estate of Madeline Fogelman, deceased, appellee, v. Steve Christoff, appellant. Gen. No. 9,005.

Heard in this court at the October term, 1936. Opinion filed April 16, 1937. Rehearing denied and modified opinion filed October 5, 1937.

Dryer, Brown & Poos, for appellant. Stuttle & Godfrey and Hill & Bullington, for appellee.

Mr. Justice Davis delivered the opinion of the court.